UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 10349 WGY

| | |
|---|---|
| FELIX ESPOSITO<br>and ACCESS WITH SUCCESS, INC.,<br>    Plaintiffs<br><br>v.<br><br>BEST WESTERN INTERNATIONAL, INC.<br>29 HANCOCK STREET, LLC,<br>ADAMS INN FACILITIES, INC.,<br>    Defendants | CIVIL ACTION NO.: 04- |

## CORPORATE DISCLOSURE STATEMENT OF ACCESS WITH SUCCESS, INC. PURSUANT TO LOCAL RULE 7.3

[This form to be completed and filed only by non-governmental corporate parties. Check appropriate box.]

_____  The filing party, a non-governmental corporation, identifies the

Following parent companies

**Not Applicable**

_____  The filing party identifies the following publicly held corporations

with which a merger agreement with the party exists;

**Not Applicable**

___X___  The filing party has no parent companies or merger agreements

with publicly held corporations.

Respectfully submitted,
The Plaintiffs,

ACCESS WITH SUCCESS, INC. and
FELIX ESPOSITO,

By their Attorney,


_____
Nicholas S. Guerrera, BBO#551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978) 689-0800


_____
Ann Marie Pattavina, BBO#565910
Law Office of Ann Marie Pattavina
Two Dundee Park, 3rd Floor
Andover, MA 01810
(978) 247-7188


_____
Michael J. Bellanti, BBO#645405
Law Office of Michael J. Bellanti
Two Dundee Park, 3rd Floor
Andover, MA 01810
(978) 247-7188


Dated: Feb. 18, 2005