# United States District Court

_____ DISTRICT OF _____

Felix Esposito, et al.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Best Western International, Inc., et al.

**05 10349 WGY**

TO: (Name and address of defendant)

Best Western International, Inc.
c/o Prentice-Hall Corporation Systems Inc.
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary, LLC
820A Turnpike Street
North Andover, MA 01845

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE: FEB 22 2005

(BY) DEPUTY CLERK

AO

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

NA:

Mar ... ...
I hereby certify and return that on 3/9/2005 at 3:00PM I served a true and attested copy of the Summons, Complaint and Cover Sheet and Local Category Sheet in this action in the following manner: To wit, by delivering in hand to E.Montanez, agent and person in charge at the time of service for Best Western International, Inc., at ... Prentice Hall Corp., 84 State Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff   John Cotter
                                                                                    Deputy Sheriff

name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure