UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FELIX ESPOSITO AND ACCESS WITH SUCCESS, INC.,** Plaintiffs<br><br>v.<br><br>**BEST WESTERN INTERNATIONAL, INC.; 29 HANCOCK STREET LLC; and ADAMS INN FACILITIES, INC.,** Defendants | CIVIL ACTION NO. 05-10349-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Leonard H. Freiman and Joseph C. Lyons of

Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, Massachusetts 02110 as counsel

for Defendant, Best Western International, Inc.

                                                                        BEST WESTERN
                                                                         INTERNATIONAL, INC.

                                                                         By their attorneys,

                                                                         /s/ Leonard H. Freiman
                                                                         Leonard H. Freiman, BBO #560233
                                                                         Joseph C. Lyons, BBO #644954
                                                                         Goulston & Storrs, P.C.
                                                                         400 Atlantic Avenue
                                                                         Boston, MA  02110
                                                                         (617) 482-1776

CERTIFICATE OF SERVICE

      I hereby certify that I have this day served the foregoing by causing a copy thereof to be delivered by first class mail, postage prepaid, to:

Michael R. Coppock
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

and

Nicholas S. Guerrera
Shaheen, Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845

/s/ Joseph C. Lyons
Joseph C. Lyons