**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **FELIX ESPOSITO AND ACCESS WITH SUCCESS, INC.,** <br>    **Plaintiffs** <br><br> **v.** <br><br> **BEST WESTERN INTERNATIONAL, INC.; 29 HANCOCK STREET LLC; and ADAMS INN FACILITIES, INC.,** <br>    **Defendants** | **CIVIL ACTION NO. 05-10349-WGY** |

**DEFENDANT BEST WESTERN INTERNATIONAL, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO LOCAL RULE 7.3(A)**

Pursuant to District of Massachusetts Local Rule 7.3(A), Best Western International, Inc. states that it neither has a parent corporation nor does any publicly held company own ten percent (10%) or more of such defendant's stock. Best Western International Inc. is a non-profit membership organization.

 

BEST WESTERN
INTERNATIONAL, INC.

By their attorneys,


/s/ Leonard H. Freiman             
Leonard H. Freiman, BBO #560233
Joseph C. Lyons, BBO #644954
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110
(617) 482-1776

-1-

CERTIFICATE OF SERVICE

    I hereby certify that I have this day served the foregoing by causing a copy thereof to be delivered by first class mail, postage prepaid, to:

Michael R. Coppock
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA  02110

and

Nicholas S. Guerrera
Shaheen, Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA  01845

                                //s/ Joseph C. Lyons_____
                                Joseph C. Lyons