**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **FELIX ESPOSITO AND ACCESS WITH SUCCESS, INC.,**<br>    **Plaintiffs**<br><br>**v.**<br><br>**BEST WESTERN INTERNATIONAL, INC.; 29 HANCOCK STREET LLC; and ADAMS INN FACILITIES, INC.,**<br>    **Defendants** | CIVIL ACTION NO. 05-10349-WGY |

**NOTICE OF APPEARANCE**

Please enter my appearance for the defendants 29 Hancock Street LLC and Adams Inn Facilities, Inc.

> s/Michael R. Coppock
> Michael R. Coppock, BBO #098840
> Rubin and Rudman LLP
> 50 Rowes Wharf
> Boston, MA  02110
> (617) 330-7000

**CERTIFICATE OF SERVICE**

I hereby certify pursuant to Fed.R.Civ.P. 5 that I have served a true copy of this pleading on all other parties by first class mail on March 28, 2005.

> s/Michael R. Coppock
> Michael R. Coppock

634706_1