**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **FELIX ESPOSITO AND**<br>**ACCESS WITH SUCCESS, INC.,**<br>          **Plaintiffs**<br><br>**v.**<br><br>**BEST WESTERN INTERNATIONAL,**<br>**INC.; 29 HANCOCK STREET**<br>**LLC; and ADAMS INN**<br>**FACILITIES, INC.,**<br>          **Defendants** | **CIVIL ACTION NO. 05–10349–**<br>**WGY** |

## DEFENDANTS' ASSENTED–TO MOTION TO EXTEND TIME
## FOR FILING RESPONSIVE PLEADING

The defendants Best Western International, Inc.; 29
Hancock Street LLC; and Adams Inn Facilities, Inc., move
that the time within which they shall file a responsive
pleading be extended to and including May 31, 2005, that
being 63 days after the responsive pleading of the defendant
Best Western International, Inc., would ordinarily be due,
it having been served on March 9, 2005.  The other two
defendants have not been served, but will waive service.
Plaintiffs assent to this motion.

This additional time will be used for the following
purposes:

635516_1

- To permit the plaintiffs and 29 Hancock Street LLC and Adams Inn Facilities, Inc. to arrange a walk-through of the premises in question, and prepare their reports on compliance with the Americans with Disabilities Act.  The plaintiffs and 29 Hancock Street LLC and Adams Inn Facilities, Inc. intend to discuss settlement prospects, based upon those reports.

- To arrange a potential joint defense and to allow 29 Hancock Street LLC and Adams Inn Facilities, Inc. to determine whether they have insurance coverage of plaintiffs' claims.

Finally, 29 Hancock LLC and Adams Inn Facilities, Inc. agree not to file dispositive motions during the extension period.

GSDOCS-1467806-1

WHEREFORE, for the good cause shown, the parties request an extension until May 31, 2005 to file a response to the Complaint in this matter.


BEST WESTERN INTERNATIONAL, INC.

By their attorneys,


s/Leonard H. Freiman_____
Leonard H. Freiman, BBO #560233
Joseph C. Lyons, BBO #644954
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110
(617) 482-1776


29 HANCOCK STREET LLC
ADAMS INN FACILITIES, INC.

By their attorneys,


s/Michael R. Coppock_____
Michael R. Coppock, BBO #098840
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA  02110
(617) 330-7000


ASSENTED TO:


s/Nicholas S. Guerrera_____
Nicholas S. Guerrera, BBO #551475
Shaheen, Guerrera & O'Leary, LLC
Counsel for the Plaintiffs
Jefferson Office Park
820A Turnpike Street
North Andover, MA  01845
(978) 689-0800

GSDOCS-1467806-1