# United States District Court

_____ DISTRICT OF _____

FILED
CLERKS OFFICE

2005 APR -6  P 2: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

Felix Esposito, et al.

V.

Adams Inn Facilities, Inc. et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05    10349 WGY

TO: (Name and address of defendant)

Adams Inn Facilities, Inc.
c/o Robert E. Galligan (Registered agent)
29 Hancock Street
Quincy, MA  02171

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary, LLC
820A Turnpike Street
North Andover, MA  01845

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                    FEB 22 2005
CLERK

_____
(BY) DEPUTY CLERK



**Norfolk County Sheriff's Department**  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

March 31, 2005

I hereby certify and return that on 3/30/2005 at 10:10AM I served a true and attested copy of the summons, complaint and civil action cover sheet, local category sheet, jury demand in this action in the following manner: To wit, by delivering in hand to Adams Inn Facilities, Inc. at 29 Hancock Street c/o Robert E. Galligan (Registered Agent Quincy MA 02171 . Basic Service Fee ($30.00), Copies-Attestation ($5.00), Postage and Handling ($1.00) Total Charges $36.00

_____
Deputy Sheriff

Deputy Sheriff Ronald Goguen

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                       Signature of Server

                                      _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.