# United States District Court

_____ DISTRICT OF _____

Felix Esposito, et al.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

29 Hancock STreet, LLC et al.

05-10349 WGY

TO: (Name and address of defendant)

29 Hancock Street, LLC
c/o Robert E. Galligan (Registered Agent)
29 Hancock Street
Quincy, MA 02171

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary, LLC
820A Turnpike Street
North Andover, MA 01845

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                      FEB 2 2 2005
CLERK                                             DATE

(BY) DEPUTY CLERK



**Norfolk County Sheriff's Department**  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

March 31, 2005

I hereby certify and return that on 3/30/2005 at 10:10AM I served a true and attested copy of the summons, complaint and civil action cover sheet, local category sheet, jury demand in this action in the following manner: To wit, by delivering in hand to 29 Hancock Street, LLC at 29 Hancock Street c/o Robert E. Galligan (Registered Agent Quincy MA 02171 . Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($5.76) Total Charges $43.26

Deputy Sheriff Ronald Goguen

*Deputy Sheriff*

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.