UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FELIX ESPOSITO AND ACCESS WITH SUCCESS, INC.,** <br>     Plaintiffs <br><br> **v.** <br><br> **29 HANCOCK STREET LLC; and ADAMS INN FACILITIES, INC.,** <br>     Defendants | **CIVIL ACTION NO. 05-10349-WGY** |

### DEFENDANTS' SECOND ASSENTED-TO MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING

The defendants 29 Hancock Street LLC, and Adams Inn Facilities, Inc., move that the time within which they shall file a responsive pleading to this ADA action be extended to and including June 30, 2005.

This additional time will be used for the following purposes:

- To permit the plaintiffs and 29 Hancock Street LLC and Adams Inn Facilities, Inc., to arrange a walk-through of the handicapped-accessible rooms in question, and prepare their reports on compliance with the Americans with Disabilities Act. A walk-through of the other areas of the facility occurred on April 18, 2005, but the handicapped-accessible rooms were occupied at the time, so not available for examination by the plaintiffs' expert. The plaintiffs and 29 Hancock

652239_1

        Street LLC and Adams Inn Facilities, Inc., intend to discuss settlement prospects, based upon the results of the walk-throughs.

- To allow 29 Hancock Street LLC and Adams Inn Facilities, Inc., to determine whether they have insurance coverage of plaintiffs' claims.

Finally, 29 Hancock LLC and Adams Inn Facilities, Inc., agree not to file dispositive motions during the extension period.

WHEREFORE, for the good cause shown, the parties request an extension until June 30, 2005 to file a response to the Amended Complaint in this matter.

                                        29 HANCOCK STREET LLC
                                        ADAMS INN FACILITIES, INC.
                                        By their attorneys,

                                        s/Michael R. Coppock_____
                                        Michael R. Coppock, BBO #098840
                                        Rubin and Rudman LLP
                                        50 Rowes Wharf
                                        Boston, MA  02110
                                        (617) 330-7000

ASSENTED TO:

s/Nicholas S. Guerrera_____
Nicholas S. Guerrera, BBO #551475
Shaheen, Guerrera & O'Leary, LLC
Counsel for the Plaintiffs
Jefferson Office Park
820A Turnpike Street
North Andover, MA  01845
(978) 689-0800