UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FELIX ESPOSITO AND ACCESS WITH SUCCESS, INC.,** <br>     **Plaintiffs** <br><br> **v.** <br><br> **29 HANCOCK STREET LLC; and ADAMS INN FACILITIES, INC.,** <br>     **Defendants** | **CIVIL ACTION NO. 05-10349-WGY** |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the defendants 29 Hancock Street LLC and Adams Inn Facilities, Inc., disclose the following:

1. Neither defendant has a parent corporation.

2. No publicly held company owns any portion of either defendant.

                                                        29 HANCOCK STREET LLC
                                                        ADAMS INN FACILITIES, INC.
                                                        By their attorneys,

                                                        s/Michael R. Coppock_____
                                                        Michael R. Coppock, BBO #098840
                                                        Rubin and Rudman LLP
                                                         50 Rowes Wharf
                                                         Boston, MA  02110
                                                         (617) 330-7000

658993_1

I hereby certify under the pains and penalties of perjury that a true copy of the foregoing document was served upon the attorneys of record for each other party by mail on July 15, 2005.

s/Michael R. Coppock_____
Michael R. Coppock
