UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FELIX ESPOSITO<br>and ACCESS WITH SUCCESS, INC.,<br>       Plaintiffs<br><br>v.<br><br>29 HANCOCK STREET LLC, and<br>ADAMS INN FACILITIES, INC.<br>       Defendants | CIVIL ACTION NO.: 05-10349WGY |

**MEMORANDUM IN SUPPORT OF JOINT MOTION
FOR APPROVAL AND ENTRY OF CONSENT DECREE**

In support of their motion, the parties state they wish to conclude and settle the present case with entry of the accompanying Consent Decree. Many of the actions to be undertaken by the defendant in accordance with the Consent Decree are prospective and have not been completed. The purpose of requesting entry of the Consent Decree, as opposed to entering into a private settlement agreement, is to allow the Court to retain jurisdiction for enforcement purposes, if necessary. All parties have signed the Consent Decree.

In further support of their motion, the parties state that "[i]n *Local 93, Int'l Ass'n of Firefighters v. City of Cleveland*, 478 U.S. 501, 525, 92 L. Ed. 2d 405, 106 S. Ct. 3063 (1986), the Supreme Court ruled that a consent decree must (1) spring from and serve to resolve a dispute within the court's subject matter jurisdiction; (2) come within the general scope of the case based on the pleadings; and (3) further the objectives of the law on which the claim is based." *United States v. Davis*, 261 F.3d 1, 25 (1st Cir. 2001). The proposed Consent Decree meets all three criteria and therefore, should be entered by the Court.

Respectfully submitted,

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| FELIX ESPOSITO, et al., | 29 HANCOCK STREET, LLC, et al., |
| By their Attorneys, | By their attorneys, |
| /s/Nicholas S. Guerrera | /s/Michael R. Coppock |
| Nicholas S. Guerrera, BBO#551475 | Michael R. Coppock, BBO#098840 |
| Shaheen Guerrera & O'Leary, LLC | Rubin and Rudman, LLP |
| Jefferson Office Park | 50 Rowes Wharf |
| 820A Turnpike Street | Boston, MA 02110 |
| North Andover, MA 01845 | (617) 330-7000 |
| (978) 689-0800 | |
| | Dated: 10/6/05 |
| Dated:  10/6/05 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for the defendant by mail pursuant to Fed. R. Civ. P. 5(a).

Dated: 10/6/05                                                                              /s/Nicholas S. Guerrera
                                                                                                            Nicholas S. Guerrera